THE STATE OF OHIO, APPELLANT, v. WEIMER, APPELLEE.

[Cite as *State v. Weimer,* 143 Ohio St.3d 418, 2015-Ohio-3378.]

(No. 2014–1364—Submitted August 11, 2015—Decided August 25, 2015.)

---

{¶ 1} The judgment of the court of appeals is vacated and the case is remanded to the court of appeals to consider the evidence of an enterprise in light of *State v. Beverly,* 143 Ohio St.3d 258, 2015-Ohio-219, 37 N.E.3d 116.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, KENNEDY, and FRENCH, JJ., concur.

LANZINGER and O'NEILL, JJ., dissent.

---

Charles E. Coulson, Lake County Prosecuting Attorney, and Karen L. Kowall and Teri R. Daniel, Assistant Prosecuting Attorneys, for appellant.

Russell S. Bensing, for appellee.